**45D04-2006-CT-000574**
Lake Superior Court, Civil Division 4

Filed: 6/3/2020 10:48 AM
Clerk
Lake County, Indiana

06/08/2020

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | _____, INDIANA |

|  |  |
|---|---|
| EDWARD O. RANDALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) CAUSE NO.: |
| | ) |
| STATE FARM MUTUAL | ) |
| AUTOMOBILE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now the Plaintiff, Edward O. Randall, by counsel, Terrence M. Rubino

of Rubino, Ruman, Crosmer & Polen, LLC, and for his cause of action against the

Defendant, State Farm Mutual Automobile Insurance Company, states as follows:

1. That plaintiff, Edward O. Randall, is a resident of Cedar Lake, Lake

County, Indiana.

2. That on November 7, 2018, the plaintiff, Edward O. Randall, was

operating his vehicle northbound on IL-394 in Chicago, Cook County, Illinois.

3. That at said time and place, an underinsured motorist, Patrick O'Leary,

was at fault in causing a collision to occur with the plaintiff's vehicle.

4. That as a direct and proximate result of the underinsured driver's fault,

the plaintiff was injured, some of which injuries may be permanent, incurred

medical expenses, lost income, and was otherwise damaged.

06/08/2020

5.   That on November 7, 2018, the plaintiff was insured by a contract and policy of insurance with State Farm Mutual Automobile Insurance Company.   (A copy of said insurance policy is attached hereto as Exhibit A.)

6.   That said contract and policy of insurance provided for underinsured motorist coverage to the plaintiff.

7.   That the plaintiff has complied with all conditions precedent to said contract and policy of insurance regarding underinsured motorist coverage.

8.   That State Farm Mutual Automobile Insurance Company is in breach of said contract, and is guilty of bad faith and oppressive misconduct.

9.   That plaintiff has been damaged by State Farm Mutual Automobile Insurance Company's aforesaid misconduct.

WHEREFORE, plaintiff prays for judgment against the defendant for compensatory and consequential damages in a sum which will reasonably compensate him plus costs, fees, interest and any other just and proper relief, including exemplary/punitive damages if appropriate.

_/s/ Terrence M. Rubino_____
TERRENCE M. RUBINO, #6220-45
Rubino, Ruman, Crosmer & Polen, LLC
Attorneys for Plaintiff

NAMED INSURED

AT2

002662   0056

14-9A5A-5  A        A

RANDALL, ED
13024 LAKE SHORE DR
CEDAR LAKE IN  46303-9221

| POLICY NUMBER   119 1294-B27-14F |
| --- |

POLICY PERIOD AUG 27 2017 to FEB 27 2018
12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
1120697218

AGENT

JOSH BAUMGARTNER
1260 DIXIE HWY
BEECHER, IL 60401-5003

PHONE: (708)946-0190

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSE D.**

## YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
| --- | --- | --- | --- | --- | --- |
| 2010 | FORD | TRANSIT CO | VAN | NM0LS7BN6AT021778 | 603F50A000 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
| --- | --- | --- |
| A | Liability Coverage | ▉ |
|  | Bodily Injury Limits |  |
|  | Each Person  Each Accident |  |
|  | $100,000     $300,000 |  |
|  | Property Damage Limit |  |
|  | Each Accident |  |
|  | $50,000 |  |
| C | Medical Payments Coverage | ▉ |
|  | Limit Each Person |  |
|  | $5,000 |  |
| D | Comprehensive Coverage - $500 Deductible |  |
| G | Collision Coverage - $500 Deductible |  |
| H | Emergency Road Service Coverage |  |
| R1 | Car Rental and Travel Expenses Coverage |  |
|  | Limit - Car Rental Expense |  |
|  | Each Day,      Each Loss |  |
|  | $25           $600 |  |
| U1 | Uninsured Motor Vehicle Coverage |  |
|  | Bodily Injury Limits |  |
|  | Each Person,  Each Accident |  |
|  | $100,000     $300,000 |  |
|  | Property Damage Limit |  |
|  | Each Accident |  |
|  | $25,000 |  |
| W | Underinsured Motor Vehicle Coverage | ▉ |
|  | Bodily Injury Limits |  |
|  | Each Person,  Each Accident |  |
|  | $100,000     $300,000 |  |

| Total premium for AUG 27 2017 to FEB 27 2018 | ▉ This is not a bill. |
| --- | --- |

## IMPORTANT MESSAGES

Replaced policy number 1191294-14E.

State Farm works hard to offer you the best combination of price, service, and protection.   The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. Re-rating could result in a lower rate, no change in rate, or a higher rate.

CONTINUED

**EXHIBIT**

A