THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| EDWARD O. RANDALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:20-CV-00242 |
| | ) |
| STATE FARM MUTUAL | ) |
| AUTOMOBILE INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DIMISSSAL

Plaintiff, Edward O. Randall, by counsel, Terrence Rubino, and Defendant, State Farm Mutual Automobile Insurance Company, by counsel, Galen A. Bradley of Kightlinger & Gray, LLP, move the Court for dismissal with prejudice of Plaintiff's cause of action herein. As grounds for this request, Plaintiff and Defendant show to the Court that all disputes with the parties have been resolved and fully settled.

Attorney for Plaintiff

_/s/ Terrence Rubino_
Terrence Rubino
**RUBINO RUMAN CROSMER & POLEN**
275 Joliet Street, Suite 330
Dyer IN 46311
Telephone: 219/322-8222

Attorney for Defendant

_/s/ Galen A. Bradley_
Galen A. Bradley
**KIGHTLINGER & GRAY, LLP**
8001 Broadway, Suite 100
Merrillville IN 46410
Telephone: 219/769-0413