# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| EDWARD O. RANDALL,<br>　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br>　　Defendant. | )<br>)<br>)<br>)　CAUSE NO.: 2:20-CV-242-JEM<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on a Stipulation of Dismissal [DE 14], filed by the parties on February 5, 2021. A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**.

SO ORDERED this 9th day of February, 2021.

　　　　　　　　　　　　　　　　　　s/ John E. Martin_____
　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE JOHN E. MARTIN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

cc:　　All counsel of record